UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 08-0333-01** |
| **VERSUS** | **JUDGE MELANÇON** |
| **JOSEPH RAY BERNARD** | **MAGISTRATE JUDGE METHVIN** |

*RULING ON MOTION TO SUPPRESS*

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Findings and Recommendation. After an independent review of the record and considering the objections filed, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendant's motion to suppress is **DENIED.**

Lafayette, Louisiana this 9th day of July, 2009.

_____
TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE